# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE TACQUARD,<br><br>Plaintiff,<br><br>vs.<br><br>SARMA COLLECTIONS, INC.,<br><br>Defendant. | Case No. 13cv1141 DMS (BLM)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's request for dismissal is granted. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: June 10, 2013

_____
HON. DANA M. SABRAW
United States District Judge